## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| ANGELA GOWANS, | 10-23893 JTM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

Chase Bank USA, N.A.                                    $4.53
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX  75374

The address listed above constitutes the last known address in question. The check in the amount of $4.53 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _8_ day of November, 2011.

_____
Duane H. Gillman, Trustee

SLC_975936.1